# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEWAYNE DARNEZ SHEPHERD**                                          **PETITIONER**

v.                           Case No. 4:22-CV-729-LPR

**DEXTER PAYNE**                                                     **RESPONDENT**

## ORDER

The Court has received a Findings and Recommendation (FR) from Magistrate Judge Patricia S. Harris. The Court has also received timely objections from Petitioner. After a careful review of the objections and a *de novo* review of the FR and record, the Court concludes that the FR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner Dewayne Darnez Shepherd is dismissed. All requested relief is denied, and judgment will be entered for Respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 cases in the United States District Courts, a certificate of appealability is also denied because Mr. Shepherd cannot make a "substantial showing of the denial of a constitutional right."[1]

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 2253(c)(2).