# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEWAYNE DARNEZ SHEPHERD**                                                **PETITIONER**

**v.**                              **Case No. 4:22-CV-729-LPR**

**DEXTER PAYNE**                                                           **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, the Petition for a Writ of Habeas Corpus is dismissed, all requested relief is denied, and judgment is entered for Respondent Dexter Payne.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE